FILED & ENTERED

OCT 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MARSHALL SANDERS,<br>    Debtor. | Chapter 7<br><br>BK. No.  8:10-14682-ES<br><br>ADV. No. 8:11-01318-ES |
| MARSHALL SANDERS,<br>    Plaintiff,<br>v.<br>COUNTRYWIDE, *et al.*,<br>    Defendants. | **ORDER DISMISSING ADVERSARY ON COURT'S OWN MOTION DUE TO LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO F.R.C.P. 12(h)(3)**<br><br>Date:  October 20, 2011<br>Time:  9:30 a.m.<br>Place:  Courtroom 5A |

The above-captioned adversary proceeding came on for hearing before the Honorable Erithe A. Smith, United States Bankruptcy Judge, on October 20, 2011 at 9:30 a.m.  Appearances were made as noted on the Court's record.

The Court having considered the evidence and good cause appearing, it is hereby

/ / /

/ / /

/ / /

1    **ORDERED**, that the above-captioned adversary proceeding is dismissed on
2    Court's own motion due to lack of subject matter jurisdiction pursuant to F.R.C.P.
3    12(h)(3), based upon the court's findings and conclusions as noted on the record at the
4    October 20, 2011 status conference; and it is further
5    **ORDERED**, that all pending motions to dismiss the adversary proceeding will be
6    taken off calendar as moot in light of the dismissal.

###

DATED: October 31, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled <u>ORDER DISMISSING ADVERSARY ON COURT'S OWN MOTION DUE TO LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO F.R.C.P. 12(h)(3)</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.   As of October 20, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Adam N Barasch     anb@severson.com
William Bates     bill.bates@bingham.com
Christina M Craige     ccraige@sidley.com
Donald H Cram     dhc@severson.com
Oscar Garza     ogarza@gibsondunn.com
Teresa Y Hillery     Veronica.garcia@fnf.com
Douglas G Levin     DLevin@gibsondunn.com
Zi Chao Lin     zilin78@yahoo.com
Gregory A Martin     gmartin@winston.com
Jaime K Shean     efilings@amlegalgroup.com
Howard Steinberg     hsteinberg@irell.com, awsmith@irell.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
John M Wolfe (TR)     john.wolfe1@earthlink.net, CA83@ecfcbis.com
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Plaintiff**
Marshall Sanders
1621 Kensing Ln
Santa Ana, CA 92705-3074

☐ Service information continued on attached page